UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Red Pocket Inc.

                Plaintiff,                17 CV 05670 (KMK)

-v-                                    CALENDAR NOTICE

Massachusetts Bay Insurance Company, et al.,

                Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Defendants' Motions for Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, January 15, 2020 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: December 5, 2019
        White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J