UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RED POCKET, INC.,

                Plaintiff,

v.

MASSACHUSETTS BAY INSURANCE CO., *et al.*,

                Defendants.

No. 17-CV-5670 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

For the reasons discussed on the record at the Oral Argument on January 15, 2020, the Court grants summary judgment to Defendant Massachusetts Bay Insurance Company ("MBIC"). The Clerk is respectfully requested to terminate MBIC's Motion for Summary Judgment against Plaintiff and Plaintiff's Motion for Summary Judgment against MBIC, (Dkt. Nos. 127, 142), and enter judgment for MBIC as to Plaintiff's claims against MBIC.

The Court has reserved judgment on the Motions involving Plaintiff and Defendant Interactive Communications International, Inc. ("INCOMM"). It will issue a written opinion & order as to those pending Motions, which are not yet terminated. (*See* Dkt. Nos. 131, 135.)

SO ORDERED.

DATED:    January 15, 2020
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE