UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RED POCKET, INC.,

               Plaintiff,

-against-

MASSACHUSETTS BAY INSURANCE CO.,
Et al.,

               Defendants.
-----------------------------------------------------------X

17 **CIVIL** 5670 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2020, grants summary judgment to Defendant Massachusetts Bay Insurance Company ("MBIC"); judgment is entered for MBIC as to Plaintiff's claims against MBIC.

**Dated:** New York, New York
         January 17, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020